IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No: 13-cr-00218-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **DR. JOSEPH FERRARA,**
       a/k/a "DR. JOE",
2. **KEITH SCHWARTZ,**
       a/k/a "BERNIE KYPE",
3. **LAUREN SCHWARTZ,**
4. **KARYNE SMITH,**
       a/k/a "KARYNE CLARK",
5. **KAREN PLAIA,**
6. **MELISSA TOOTHMAN,**

    Defendants.

---

# ORDER PERMITTING
## DISCLOSURE OF GRAND JURY TRANSCRIPTS
## FOR OFFICIAL PURPOSES ONLY

---

The Court has reviewed the Government's Motion for an Order to permit disclosure of Grand Jury transcripts to the defense (doc. #55), filed May 31, 2013. The Motion is GRANTED. The Court concludes that the it may order the disclosure of Grand Jury material relating to this case before trial pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), Rule 16(d), and the All Writs Act at Title 28 U.S.C. § 1651. The Court is familiar with this case and the applicable provisions of law. Having reviewed the file and being sufficiently advised in the premises, the Court finds and concludes as follows:

1

Rule (6)(e)(3)(E) provides in part that the "court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter: (i) preliminarily to or in connection with a judicial proceeding . . ."

In this case, as in many cases, there are competing considerations of trial efficiency and Grand Jury confidentiality. The Court finds and concludes there are certain terms and conditions of release which would accommodate the best interests of justice served by Fed.R.Crim.P. 6 and 26.2.

Being now sufficiently advised in the premises, the Court hereby orders that the Government may provide to the active defense counsel of record in this case transcripts of Grand Jury testimony (whether on paper or by means of electronic media) in relation to the indictment or superseding indictments returned in the above-captioned and styled case.

The receipt of said Grand Jury material by active defense counsel shall be subject to certain conditions. The Court directs and hereby orders that: (1) copies of Grand Jury transcripts or other material provided to the defense counsel of record shall remain in the personal control of counsel or the confidential employees or professional associates of counsel — although the Defendants may review the Grand Jury transcripts or material, the Grand Jury transcripts and material shall not be entrusted to the Defendants outside of the presence of counsel or the confidential employees or professional associates of counsel; (2) although printouts for official use only may be permitted, no further publication (to include filing Grand Jury transcripts as an attachment to any pleading) or publication of such Grand Jury transcripts or material shall be made without permission of the Court; and (3) any Grand Jury transcripts or material disclosed pursuant to this order, including copies generated from electronic media, shall

be maintained in the confidential files of the attorneys of record or delivered to the United States Attorney's Office after the conclusion of the case.

Any Grand Jury transcripts or material received pursuant to this order shall be used for official purposes only.

SO ORDERED this 3rd day of June, 2013.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO